Statement in Support: SSRI Withdrawal Symptoms
and the Post Tramic Stress Disorder
that resulted from improper
~~treated~~ treatment

Most doctors dont know about SSRI
Withdrawal symptoms which is dangerous
the symptoms are Brutall and Violent

After the Paxil Withdrawal suit in 2001
The F.D.A. forces the makers of All
SSRI drug to WARN about this problem
with every prescription in the
Drug Package Insert

2005 at the Abingdon Jail. I try to explain
to Dr Ofogh about SSRI Withdrawals

Dr Ofogh even refused to look it up in
the Physicans Desk Referece on his desk
It's the Gold Standard of Medicines,
It has the WARNING SINCE 2001.

~~Dr Ofogh stops the Celexa~~

In 2007 when I got to WRSP None of
doctors, Nurses Nor QMHP's Knew any
About the Horribly dangerous problem

**AND They Refused to learn**

SSRI 1

I gave them a 1997 Article from the
American Pharmacological Ass, called
"SSRI Withdrawl Syndrome"
warning about the terrible Affect
stopping these medicine has on patients
Entire Mind

It documents Every one of my
Horrible Symptoms

I also gave them the Drug Package Insert
from Forrest Pharmaceuticals the Makers
of my medicine
It warned about this Exact Problem
Starting in 2001

Dr Thompson, Ao Ashan, QMHP Jones, QMHP Wright
Nurse Stafford the head Nurse
All Refused to Read them

Nurse Spears didn't have my medicine at pill
call And refused to go get it
she said "Have fun Killing people

SSRI 2

Dr. Thompson saw me later that day when I had become
Aggressive and Violent

I told him it was from No getting
my medicine

He had Me thrown in the Hole

I was too Psychotic for the Hole

I told QMHP Jones that this was
caused by not getting my medicine

He put me in the Psych Hold Cell
And left for the weekend

The C.O.'s Tortured Me Relentlessly

I begged QMHP Jones to look at the
Physician Desk Reference or the for the
problem

Instead he sent me back to the Hole

Now I can't go Anywhere that the C.O.'s
target me for Abuse

I shake all over, I'm Horribly Afraid
I drip sweat   I can't talk
The C.O's  Love it

SSRI 3

# Now I CAN'T go to Medical

And Dr Kriss Nappa is going to stop the medicine And make me a Homocidal Psychotic

Because Dr KrissNappa isN't Refuses to become upto date on SSRI Withdrawal Symptoms

SWORN UNDER PeNalty of PERJUAY
*Vince Gilmer MD*
Vince Gilmer MD.     11.22.10

SSRI 4

## Statement of Support: Reactive Hypoglycemia

When my blood sugars get too low
**I will die**

I'm at Serious Risk Right Now because
even though I'm not guilty for the
Next 3 weeks, I'm Not allowed to supplement
the incredibly low amount of calories I get

4 times a day Everyday my blood sugars go
too low for my brain to work

Each time doing permanent damage to
my brain

I'm having a Horrible time trying
to send this out.

My words come out in the Wrong Order
And All it takes to make me completely
Normal is the Correct Diet

Dr Thompson Not sending somewhere to get
the correct diet is Brutal

I need an order saying I Must have
food to supplement the Sad diet


Hg l

I also Need to be shipped to MariON Immediately

It will take a long time for my BRAIN to heal so I can help a Lawyer address the Highly UNConstitutioNal CoNditioNs here at WRSP

SWORN UNDER peNalty of perJury

Vin Gilma    11.21.10

VinCe Gilmer M.D.

Hg 2

## Statement in Support for Reflux and GI bleed

Dr Thompson has ordered the medicine that keeps Acid from eating anot another Hole in my esophagus

The last time he did it, it ate the first hole in my Esophagus

Now dispite my Begging that he not stop the medicine he's doing Again And from inside my cell I can do Nothing

Wave after wave of stomach acid is Eating into my throat

Blood is constantly coming up

Brutal Burning Pain

24 hours a day 7 days a week

CAN'T sleep to so doing legal work can't happen

And Dr Thompson doesn't feel he has to help because I'm a Inmate

GERD 1

Dr Thompson is Wrong


Sworn under penalty of perjury

*Vince Gilmer* (signature)
Vince Gilmer M. D.          11.21.10

GEADD2

Memo of Law

Statement of Case - Extreme threats to life

① 11-19 Dr Thompson stopped
the medicine that keep Acid from eating
more holes in my esophagus

I'm bring up great Amounts of Blood
if it eats all the Way through <u>I</u>
<u>Will Die</u> from a Upper GI bleed

② 11-29. Dr Kaissnappa Will stop the
the Celexia and I will be become A
<u>Homocidal Psychotic</u>

It was stopped before
I became psychotic
I was in the psych holding Cell
where the COS tortured me becaus
there was No Medical Staff for <u>I Whole Weekend</u>

Now when I'm around Any C.O's
I UNBEARABLY Afraid, I shake all over
I CANT talk

The C.O.s here ENjoy doing that
to me the ONE iN Medical Are the Worst

Those two problems are
<u>SSRI Withdrawal Symptoms</u> and
<u>Post Tramatic Stress Disorder</u> At its Worst

△1

## Severe Reactive Hypoglycemia

③ When my ~~blood~~ blood sugars go too
low I will die in my cell

Right Now I'm in the Hole And I'm
Not allowed to supplement the
Dismally Low amount of Calorie
So I am at Most Risk

Four times a day my blood sugart
go so low my BRAIN CAN'T FUNCTION
I CAN'T Remember Words
I can't organize Anything
I only have 30 minutes after each
meal to put togeather this 1983

I MUST Be transfere to
MARiON to treat these Life threatening
Problems

D2

(A)

Upper GI Bleed
Irrepairable Harm          Chronic GERD to
                           Upper GI bleed

~~At this~~ All my life I've had Extremely
Reflux
    Since I've had it all my life And
Will have it the rest of my life in
Doctor word the Problem is Chronic
That means for the rest of my life
I MUST TAKE 2 prilosec pills
To keep the Acid from eating my
eso phagus


    ~~When~~ I first came here I explained
the problem to Dr Thompson in
Great Detail
    Which he totally ignored

    He could have put me on Chronic meds
which Never RUN out
    Insted he only wrote for 6 months

    The medicine ran out and I
had NO CLUE it was coming
    and it take 2 months to get it
restarted

13

(A) ~~Water Works And And which way~~
~~the~~

B ~~But~~ I have wave after wave of
stomach acid coming up into my
throat 27 hours a day

The ~~fast~~ ~~Never~~ Never Mind killing pain
Never stopped

It ate a Hole in My esophasus
my problem went from stable chronic
reflux
to the Much More dangerous
Upper GI bleed
~~But~~ because ~~it~~ the acid can
eat through and cause me to bleed
to death

Now Dr Thompson has ordered
the medicine which keep the acid
from eating anymore Stopped

So Yes that irreparable harm
And Dr Thompson is making it
WORSE

Δ 4

B the balance of suffering
Greatly favor me

my suffering will be death
or permanent damage to my
esophagus

the suffering of the defendants
will be transfereing me to Marion
Hospital which they should have
Already done Anyhow

D5

⑥ Merits

Dr Thompson fells that he is Not required to listen to inmate pain and bleeding and then to actually do somethings Appropriate to take care of the problems

Legally he couldn't be further from the Truth

The Federal court has hand down decision after decison calling what Dr Thompson does is Deliberate Indifference
Also called Cruel and Unusal Punishment

As I write this I'm bring up blood and I'm in Unbearable pain due to hemrhoids that Dr Thompson also refuses to properly treat because he says I can get the medicine from Canteen

Dr Thompson's Deliberate Indifference MUST Be Stopped

△ 6

① The Medical Care Here at WRSP
is Abusive and UNCONSTITUAL

The Doctor The Nurse's They think that because this is
a Level 5 PRISON they don't have
to deliver medications NOR listen
to inmate complaints and
meet those expressed Needs

And they all Learned this from
Dr. Thompsons
they have been doing this for way to long
It's in the public Interest that
this be changed Immediately

**Severe**

**Reactive**
**Hypoglycemia** ① Irrepairable Harm

I will die in my cell AND suffer
permanent brain damage if Not
given a T.R.O. and a ~~Preli~~ ~~may~~ ~~Heaving~~
to get me moved to Marion Hospital to
get the proper diet for
Severe Reactive Hypoglycemia

Dr Thompsons said that because I am
a Level 5 inmate I couldn't have
the correct diet for reactive hypoglycemia

Not treating this problem is **Brutally Cruel**

Each day 4 times a day I become Mentally
Retarded. I can't remember anything
but especially words. My words come out
in the wrong order and with great difficulty
I can't organize anything
  I can't do Anything long term like
**Clean myself**
  It is Absolutely **Impossible** for me
to address the Harsh and UNConstitutional
conditions here at wasp

                              Abusive

It is absolutely Impossible for me to address the Blatantly UNCONSTitiTiONal conditions here at WASP

I can't propearly do my 1983 suits Nor my appeals.

Because my brain get ~~devacstated~~ devacstated too often

I Need to be put on the correct diet before I can propearly do my 1983 and that can only happen at Marion and it is going to take a court order to force WASP to do the Right thing.

Ⓑ

ReHy 2

Greutly

The Balance of Hardships favors ~~the plantiff~~ my

My potential suffering is → Death and PerManeNt ~~brain~~ damage

~~The plantiffs hardship is allowing me to supplement their diet with commissary until I can be chipped to Marion where they can supply me the correct diet~~

The defendants are totally Unable to provide me the correct diet here at Wallens Ridge. Me supplementing their diet from commissary and shipping me to Marion where they can provide me the correct diet is something the defendants are obligated to do.

The defendants Hardship amounts to No more than buisness as Usual so my suffering FAR out weighs theirs.

Ꭰ 10

Ⓒ

Merits

Lead

One definition of a serious medical problem is on the effects your everyday life.

That couldn't be truer than my reactive Hypoglycemia

It is effected me every single minute of every single day for several years!
When I came to work

When I got here

I was in the Hole

I passed out from low blood sugar and hit my head.

I explained to Dr Thompson about the diet that totally controls the problem.

Dr Thompson said that because I was at a level 5 prison, I couldn't have the diet. and I had to stay there.

Legally Dr Thompson is totally WRONG.

Dr Thompson knew that diet was so neccessary for my brain to work.

so 1

C

Again the Fed Courts have already Ruled
that Not providing an inmate the proper
diet is deliberate Indifference
Johnson v. Harris 479 Fed Supp 333 335-37
(S.D. NY 1979)

But the fact that in doing so Dr Thompson
also kept me from being able to

① Address the Uncons        at WRSD
② Properly do my 1983
③ properly do my appeals

Means he also broke my right to Due Process

So I truly think my case
will win on merits

X12

C                    C

Dr Also knew that there was

No Way WRSP could provide it

therefore it was Legally his duty
to transfere me to Marion Hospital
to get the proper diet.
     He didn't ~~add~~ that it A.E. to my medical needs
~~It has cost me many~~ Brain cells

~~Dr Thompsons D.I. to~~.

That's why I will win on merits

Public Interest R#

~the ~~Law~~
~~Civil Right~~

~ Correct Medical Care is ~~a~~ ~~Requirement~~
for anyone holding an inmate. even
at Wallens ~~Ridge~~

It is always in the public interest for
prison officals to obey the law ~~Like~~
~~everyone~~

}14

<u>SSRI Withdrawal Symptoms</u>
<u>Severe P.T.S.D</u>

Ⓐ I̲r̲r̲e̲p̲a̲r̲a̲b̲l̲e̲ harm

SSRI Withdrawal Symptom
And Severe PTSD

Nite, 11.29.10 Dr Krissnappa is
going to Stop my Celexia because
I'm too Afraid of the C.O's because

Nurse Spears stopped my medicine
I become a Violent Psychotic
I'm put in the psych holding cell
The medical people leave for the Weekend
The C.O's Torture me the Whole
Weekend
Now the C.O's Smell that I have mental
Problems and seek me out for Abuse
The C.O's at Medical are the Worst
Everytime I go there my Brain can't
handle the Fear, I can't speak and
I shake all over
And the Medical C.O's Love it
I have stated my problem to
Dr Krissnappa Again and Again, begging
for help And he pretends I've
Said Nothing
Which Makes my Symptoms Worse

D15

(A)  Now Dr Krissnappa is going to stop
my medicine And I will Again
Become a Homocidal Psychotic
 Because Dr Krissnappa refuses to get
unto date on SSRI Withdrawals

And he totally refuses to treat

my severe Post Traumatic Stress Disorder

that's making it Worse Everyday

that's Irrepairable Harm at its

Worst

I 16

B. The balance of hardship strongly favors me

Due to the Excessive Nature of the SSRI withdrawal Symptom with me Becoming a Violent Psychotic with the possibility of me killing Someone

And me having Mind killing fear whereas I'm shaking until UNCONTROLLABLE Every time I see a C.O.

Far outweighs the suffering of the defendents which will Consist of transfering me to Marion Hospital Something they do Anyhow

D 17

## C. Merits

IN 2001 in the Paxil Withdrawal Case
Peter Breggin M.D. cited
FDA ~~limited~~ ~~accepted~~
multiple double blind Placebo controlled studies
which prove beyond a shadow of a doubt
that stopping SSRI drugs cause ~~some~~ some
people to become to become Aggressive
and violent, hyper irritated

Multiple Double Blind Placebo Controlled studies
Are the gold standard in medicine

He also cited that SSRI Withdrawal symptome
were first reported in the A           J
P           in 1964  and multiple times since

The AJP
is the leading journal in that field
The 1997 an 96 A warning about doctors
not knowing about this problem because
the symptom are Brutal and so
devastating to the Entire brain

118

The F.D.A reveiwed Dr Breggins data
and forced the makers of All
SSRI drug to warn about this
problem with each prescription
in the Drug package Insert in 2001

The call these Severe, and Intolerable
but the warning is terribly small

After 2001 All Physicians Desk Manual — the Drug Book carried
the warning ac well

But the Doctors, QMHP, and Nurses
here at WRSP Aren't up to date
on this problem

I gave them the 1997 A Ph Ass
                                    article
called SSRI Withdrawal Syndrome
which documents Every
one of my Brutal Symptoms

L 19

I also gave them the Celexia Day pack a
I sent to with the Warnings on it
But they A refused to read them
and give me proper care
ONLY Jones saw the brutal symptom that came when
I've ask QM Jones to look it up in my m
his PPP
but he refused

thats DI
the Nurse specan and not giving me
my medicine again and again was and again
not DI but Malice

As yes I will succeed on Merits
when I'm allowed to O contact expert
my brain gets better

D 20

1) the relief sought will serve public interest because.

It is certainly not in publics best interest and safety to have a Homocidal Psychotic appear

So it is definitely in the public interest that I get my medicine each day

Which Wallens Ridge Refuses to do

A-21

I certify the ceiling
document to be true

Vince Gilmer MD.    11.22.10

119 0607
Wallens Ridge State Prison
POB 759
Big Stone Gap
VA 24219