CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC - 2 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **VINCE GILMER,** <br> **Plaintiff,** | Civil Action No. 7:10-cv-00527 |
| v. | **ORDER** |
| **DR. ASHAN, et al.,** <br> **Defendants.** | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order (no. 2) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 2nd day of December, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge