CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN 24 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

VINCE GILMER,
    Plaintiff,

Civil Action No.7:10-cv-00527

v.

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

DR. ASHAN, et al.,
    Defendants.

ORDER

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**; all remaining motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile the complaint as a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

    The Clerk is directed to send a copy of this order to plaintiff.

    ENTER: This 24th day of January, 2011.

                                /s/ Jackson L. Kiser
                                Senior United States District Judge